# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JERMAINE BRINKER, #L6872**                                           **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:14-cv-54-DCB-MTP**

**STATE OF MISSISSIPPI**                                               **RESPONDENT**

## CERTIFICATE OF APPEALABILITY - DENIED

    A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date:   11/3/2014                         s/David Bramlette
                                                     UNITED STATES DISTRICT JUDGE